No. 780.   CHRONICLE & GAZETTE PUBLISHING CO., INC. *v.* ATTORNEY GENERAL OF NEW HAMPSHIRE ET AL. January 6, 1947. *Per Curiam:* The motion to dismiss is granted, and the appeal is dismissed for the want of a substantial federal question.   (1) *Nebbia* v. *New York,* 291 U. S. 502; *Olsen* v. *Nebraska,* 313 U. S. 236.   (2) *Associated Press* v. *Labor Board,* 301 U. S. 103; *Associated Press* v. *United States,* 326 U. S. 1.   MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that probable jurisdiction should be noted.   *Stanley M. Burns* and *Elisha Hanson* for appellant.   *Robert W. Upton* for appellees.

No. 82, Misc.   EX PARTE BLANTON;
No. 84, Misc.   EX PARTE McMILLAN; and
No. 86, Misc.   EX PARTE BANTZ.   January 6, 1947.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 85, Misc.   EX PARTE DAYTON.   January 6, 1947. The motion for leave to file petition for writ of mandamus is denied.

No. 83, Misc.   EX PARTE McMAHAN.   January 6, 1947. The motion for an injunction is denied.

No. 87, Misc.   EX PARTE BUFORD; and
No. 89, Misc.   EX PARTE SCHAFFER.   January 6, 1947. The applications are denied.